| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tatel, David S. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>05/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-Employed (education consultant) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society, Washington, D.C. | 1/30/14-1/31/14 | Boston, MA | Give Speech at Conference | Airfare, Local Transportation |
| 2. | Chicago Lawyers' Committee for Civil Rights Under Law, Chicago, IL | 7/31/14-8/1/14 | Chicago, IL | Attend Annual Meeting | Airfare, Parking, Local Transportation |
| 3. | National Academy of Sciences, Washington, D.C. | 10/14/14-10/15/15 | Washington, D.C. | Attend Committee Meeting | Local Transportation |
| 4. | Spencer Foundation, Chicago, IL | 10/30/14-10/31/14 | Chicago, IL | Attend Lecture | Airfare, Meals, Local Transportation |
| 5. | The University of Chicago, Chicago, IL | 10/31/14-11/3/14 | Chicago, IL. | Attend Advisory Board Meeting | Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Pennsylvania, Philadelphia, PA | 11/5/14-11/6/14 | Philadelphia, PA | Give Speech to Law School | Train Fare, Lodging |
| 7. | Stanford Law School, Stanford, CA | 11/10/14-11/11/14 | Stanford, CA | Teach Class at Law School | Airfare, Rental Car, Meals, Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Bank | A | Interest | M | T | | | | | |
| 2. Starbucks Corp. | B | Dividend | M | T | | | | | |
| 3. Standard & Poors Midcap 400 | B | Dividend | M | T | | | | | |
| 4. Federal Realty Investment Trust | B | Dividend | L | T | Donated (part) | | | | |
| 5. Avalonbay Communities | B | Dividend | L | T | Donated (part) | | | | |
| 6. Suncor Energy Inc. | A | Dividend | | | Donated | | | | |
| 7. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 8. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 9. Schwab Advisors Cash Reserves Premier Fund | A | Dividend | K | T | | | | | |
| 10. DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | | | | | |
| 11. DFA Emerging Markets Value Portfolio | A | Dividend | | | Sold | 02/03/14 | K | A | |
| 12. --See Line 11 | | | K | T | Buy | 03/12/14 | K | | |
| 13. DFA International Small Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 14. DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 15. DFA US Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 16. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | M | T | | | | | |
| 17. --Schwab Advisors Cash Reserve Premier Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Sold (part) | 12/05/14 | J | A | |
| 19. --DFA International Core Equity Portfolio | | | | | Buy (add'l) | 03/10/14 | J | | |
| 20. ---See Line 19 | | | | | Buy (add'l) | 06/09/14 | J | | |
| 21. ---See Line 19 | | | | | Buy (add'l) | 09/09/14 | J | | |
| 22. ---See Line 19 | | | | | Buy (add'l) | 12/15/14 | J | | |
| 23. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 24. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 25. --Vanguard S/T Investment Grade Fd | | | | | | | | | |
| 26. --Vanguard Inter Term Corporate Bond Fd | | | | | | | | | |
| 27. --DFA Five Year Global Fixed Income Portfolio | | | | | Buy (add'l) | 03/12/14 | L | | |
| 28. --DFA Short Term Extended Quality Portfolio Instl | | | | | | | | | |
| 29. --DFA Short Term Government Portfolio | | | | | Sold (part) | 03/12/14 | M | A | |
| 30. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Buy (add'l) | 03/12/14 | L | | |
| 31. --PIMCO Emerging Local Bond Fund | | | | | | | | | |
| 32. --DFA Emerging Markets Core Equity Portfolio | | | | | | | | | |
| 33. --DFA Emerging Markets Small Cap Portfolio | | | | | | | | | |
| 34. --DFA International Core Equity Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA International Small Cap Value Portfolio | | | | | | | | | |
| 36. --DFA U.S. Core Equity 2 Portfolio | | | | | Sold (part) | 12/17/14 | L | E | |
| 37. --DFA U.S. Small Cap Value Portfolio | | | | | | | | | |
| 38. --DFA U.S. Micro Cap Portfolio | | | | | | | | | |
| 39. --DFA Emerging Markets Value Portfolio | | | | | | | | | |
| 40. --Schwab Advisors Cash Reserve Premier Fund | | | | | | | | | |
| 41. --Templeton Global Bond Fund | | | | | | | | | |
| 42. --Vanguard Total International Bond ETF | | | | | | | | | |
| 43. --Vanguard Short-Term Inflation-Protected Securities ETF | | | | | | | | | |
| 44. --Vanguard Emerging Markets Government Bond ETF | | | | | Buy (add'l) | 07/16/14 | J | | |
| 45. --Vanguard Limited Term Tax Exempt Fd | | | | | Buy | 03/12/14 | K | | |
| 46. --See Line 45 | | | | | Sold | 04/07/14 | K | A | |
| 47. Life Insurance- Massachusetts Mutual Life Insurance | D | Int./Div. | M | T | | | | | |
| 48. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 49. Maryland College Savings Plan T. Rowe Price Balanced Port (no control) | | None | | | Closed | 07/22/14 | J | A | |
| 50. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 51. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 53. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 54. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 55. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 56. --See Line 49 | | None | | | Closed | 07/22/14 | J | A | |
| 57. Nevada College Savings Plan Vanguard Moderate Growth Port (no control) | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 58. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 59. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 60. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 61. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 62. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 63. --See Line 57 | | None | K | T | Buy (add'l) | 07/22/14 | J | | |
| 64. Nevada College Savings Plan Vanguard Growth Portfolio (no control) | | None | J | T | Buy (add'l) | 07/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts

Lines 49-64:   Filer rolled over the balances of  8 Maryland College Savings Plan accounts into 8 accounts with the Nevada College Savings Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544